AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Victor Manuel Blancas-Rosas
A096 031 731
AKA: Victor Blancas-Rosas
Manuel Acevedo
IAE   YOB:   1974
the United Mexican States
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
APR 2 1 2014
Clerk of Court

## CRIMINAL COMPLAINT

Case Number:   M-14-778-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 20, 2014** in **Brooks** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Encino, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Victor Manuel Blancas-Rosas was encountered by Border Patrol Agents near Encino, Texas, on April 20, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 15, 2014, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 14, 2013, for the fourth (4th) time through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 6, 2010, the defendant was convicted of 8 U.S.C. 1326 Alien Unlawfully Found in the United States After Deportation, Having Previously Been Convicted of an Aggravated Felony, and was sentenced to thirty-three (33) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved
J a S

Sworn to before me and subscribed in my presence,

**April 21, 2014**

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
**Cipriano Shears**   Senior Patrol Agent

Signature of Judicial Officer